UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NECHUME MENDELOVITS, individually and
on behalf of all others similarly situated,

                              Plaintiff,

vs.

LVNV FUNDING, LLC, RESURGENT
CAPITAL SERVICES, L.P., and
DYNAMIC RECOVERY SOLUTIONS, LLC

                              Defendants.
-------------------------------------------------------------------x

Case No. 7:19-cv-03380 (NSR) (JCM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2020

**MEMO ENDORSED**

## STIPULATION OF DISMISSAL OF THE ACTION

Plaintiff, Nechume Mendelovits and Defendants, LVNV Funding, LLC, Resurgent Capital Services, L.P. and Dynamic Recovery Solutions, LLC, by and through their undersigned counsel, hereby stipulate and agree that this Action shall be dismissed with prejudice as to the Plaintiff's individual claims and without prejudice to the claims of the putative class members, with each party to bear their own fees and costs.

Dated: Uniondale, New York
October 15, 2020

Counsel for the Plaintiff
Nechume Mendelovits

By: _____
Abraham Kleinman
KLEINMAN LLC
626 RXR Plaza
Uniondale, New York 11556-0626
Telephone   (516) 522-2621
E-Mail:  akleinman@kleinmanllc.com

Counsel for the Defendants
LVNV Funding, LLC
Resurgent Capital Services, L.P.
and Dynamic Recovery Solutions, LLC

By: _Arthur Sanders (wep)_
Arthur Sanders
Barron & Newburger, P.C.
30 South Main Street
New City, New York 10956
Telephone   (845) 499-2990
E-Mail: asanders@bn-lawyers.com

October 16, 2020
White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE